UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Joaquin Ramirez

-against-

City of New York et. Al.

**18-CV-4040**
DOCKET #

# Motion to Compel Release of Authorized Discovery

1 – This case cleared the Motion to Dismiss stage and allowed Discovery to be had upon the merits.

2 – **The City of New York Consented to the Discovery of all of the 311 complaints filed by Jose Joaquin Ramirez while within the NYC DOC.**

3 – **The Defense Counsel repeatedly informed Jose Joaquin Ramirez that the 311 Complaints would be turned over.**

4 – All of this was done prior to the settlement of the case and this point has to be stressed upon by the court.

5 – On Friday – November 8th, 2019 – while Jose Joaquin Ramirez was at the Offices of Defense Counsel, **GianCarlo Martinez verbally confirmed and affirmed that he would personally email the 311 complaints to Jose Joaquin Ramirez after the settlement was signed by Jose Joaquin Ramirez.**

6 – It should be noted that **the Court had authorized this discovery, the City of New York did not object to this discovery and the individual counsel on the case repeatedly affirmed that he would personally deliver upon his word to send the 311 complaints.**

7 – On Tuesday – Novemeber 19th, 2019 – Jose Joaquin Ramirez followed up on the **PREVIOUSLY AGREED UPON 311** complaints to be turned over via an Email.

8 – Now the individual defense counsel and his supervisor have without caused decided not to provide the repeatedly agreed upon 311 complaints.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

**Jose Joaquin Ramirez** <jose.joaquin.ramirez.prose@gmail.com>

Nov 19, 2019, 1:05 PM

to Giancarlo

Good day Mr. Martinez -

I am just following up on the 311 files - can you please email them to me.

Jose Joaquin Ramirez

929-523-8869

---

**Martinez, Giancarlo (Law)**

Nov 20, 2019, 6:19 PM

to me

Hi Mr. Ramirez,

I apologize for the delay in my response. I was informed by my supervisor that because this case (18CV4040) is settled and closed, I am not authorized to provide you with the documents.

Sincerely,

Giancarlo Martinez

---

9 – For this reason, the undersign does move the court to compel disclosure of these 311 complaints – as these were part of the already sanctioned discovery – were to be turned over long before Friday November 8th, 2019 – and **was confirmed by the individual defense counsel to be turned over after the settlement papers were signed.**

10 – This comes down to a simple matter of upholding one's word, a word that was repeatedly asserted and affirmed on multiple occasions.

11 – Proof of documented demands before the settlement are also attached to this motion to compel disclosure and release by the City of New York.

12 – This is honestly unethical gamesmanship that has no place in a forum where honesty is an essential element of addressing the presented affairs.

**Jose Joaquin
Ramirez** <jose.joaquin.ramirez.prose@gmail.com>

Wed, Nov 6, 8:56 AM

to Giancarlo

Good day Mr. Martinez -

Following up on the previously discussed discovery. Specifically the 311 complaints.

Please mail them to me - please send me the electronic files of these as well

Jose Joaquin Ramirez

929-523-8869

**Jose Joaquin
Ramirez** <jose.joaquin.ramirez.prose@gmail.com>

Nov 8, 2019, 1:59 PM

to Giancarlo

Good day Mr. Martinez -

I saw the filing on the docket - please just remember to email me the 311 complaints.

Jose Joaquin Ramirez

929-523-8869

13 – The last email was sent after the settlement was signed – and showcases the understanding of the undersigned. Giancarlo personally affirmed on Friday – November 8th, 2019 at the signing table that he would send the 311 complaints – the above email followed, after seeing the Decision from Judge Furman to accept the settlement terms.

14 – This effort is made in good faith – and is simply trying to hold the City of New York and the personal defense counsel to stay true to the word as promised.

15 – This is not an attempt to cause delay nor add costs to the case – the email would be essentially free to send – the City does not have to print any papers.

16 – The court should ensure that all participants in a case, especially law school graduated bar members of the court hold self-accountable to promised word.

17 – It has to be stressed, that had the defense counsel not insisted and confirmed and affirmed that the 311 complaints would be delivered – at the settlement's signing table, then this motion would not be made.

18 – However, Giancarlo affirmed the 311 complaints would be sent, almost simultaneously as passing the undersigned the pen to sign the settlement.

19 – This stunt is beyond ridiculous – and should not be allowed by the court.

20 – For the above mentioned reasons, it is urged that the Court compel disclosure of the 311 complaints.

21 – It should be noted – that Jose Joaquin Ramirez has not actually been paid as of yet, if this matters to the decision of the court.

### Verification

I, Jose Joaquin Ramirez – being of absolute sound, sane, logical, rational, and cognitive mind – do hereby assert, affirm, stress, verify, swear, and declare under the pains and penalties of perjury pursuant to the mandates set forth within Title 28 U.S.C. Section 1746 that the contents in this submission are submitted in good faith – and are absolutely true and correct.

X _____

**Jose Joaquin Ramirez**
**Propria Persona – Sui Juris**
**Federalist Republic of America**
**1580 Thieriot Avenue – Apartment # 2H**
**Bronx, Joaquin City – 10460**
**America, Americas - Earth**

Email – Jose.Joaquin.Ramirez.ProSe@gmail.com

Phone – 929-523-8869

Date: **Friday – November 22nd, 2019**

ENDORSEMENT: Plaintiff's Motion is DENIED as moot. The Court understands the time line of Plaintiff's document requests as laid out herein, but the case has been settled, dismissed with prejudice and closed. All prior discovery obligations have been terminated, and the Court no longer has jurisdiction over the parties. The Clerk of the Court shall mail this Order to pro se Plaintiff. SO ORDERED.
Dated November 25, 2019